**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6033**

CHARLES BENNIE HUNT,

Petitioner - Appellant,

versus

D. SCOTT DODRILL,

Respondent - Appellee.

**No. 00-6036**

CHARLES BENNIE HUNT,

Petitioner - Appellant,

versus

D. SCOTT DODRILL,

Respondent - Appellee.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-99-414-3-P, CR-88-177-C-P)

Submitted: August 24, 2000          Decided: August 29, 2000

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Bennie Hunt, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Charles Bennie Hunt appeals from the district court's orders: (1) denying relief on his 28 U.S.C.A. § 2241 (West Supp. 2000) motion and (2) denying his Fed. R. Civ. P. 60(b) motion for reconsideration. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hunt v. Dodrill, Nos. CA-99-414-3-P; CR-88-177-C-P (W.D.N.C. Oct. 20, 1999 & Dec. 8, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 6, 2000, the district court's records show that it was entered on the docket sheet on December 8, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).